**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Zuoshu Lu

*(In the space above enter the full name(s) of the plaintiff(s).)*

**- against -**

AT&T Corporate Research NJ

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

# COMPLAINT

Jury Trial: ☐ Yes ☐ No

(check one)

**I. Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff

| | |
|---|---|
| Name | Zuoshu Lu |
| Street Address | 24 Preston Dr |
| County, City | Livingston |
| State & Zip Code | NJ 07039 |
| Telephone Number | 7326404033 |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name AT&T Corporate Research NJ
Street Address 200 Laurel Ave
County, City Middletown
State & Zip Code NJ 07748

Defendant No. 2
Name ______
Street Address ______
County, City ______
State & Zip Code ______

Defendant No. 3
Name ______
Street Address ______
County, City ______
State & Zip Code ______

Defendant No. 4
Name ______
Street Address ______
County, City ______
State & Zip Code ______

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal Questions
- [ ] Diversity of Citizenship
- [ ] U.S. Government Plaintiff
- [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? U.S. civil statute for a Family and Medical Leave Act (FMLA) violation is 29 U.S.C. § 2617

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______________________

Defendant(s) state(s) of citizenship ______________________

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur?

AT&T contract project

B. What date and approximate time did the events giving rise to your claim(s) occur?

Nov 2024

What happened to you?

C. Facts: Nonfied the client AT&T project manager and area manager about 6 weeks family leave

They both were fine with the notification

Submited FMLA form and got appoved a week later

Orion contracting company received lay off notice from AT&T HR within two weeks

The lay off reason was lack of funding

Project manager agreed to move funding to the other team in email a few days before lay off nofice

Who did what?

Follew up with AT&T upper manager each quarter for possible return to serve opportuntiy via Linkedin

Kept getting lack of funding excueses

Was anyone else involved?

Who else saw what happened?

Winess is Alena Gisleson, HR from Orion Inc

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

My laid off had put my family below federal poverty line

It has been bad for my kids medical treatment

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Seeking the opportunity to return and work on the AT&T project or severance pay if not possible

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 14 day of Oct, 2026.

Signature of Plaintiff Zuoshu Lu
Mailing Address 24 Preston Dr
Livingston
NJ 07039
Telephone Number 732-640-4033
Fax Number *(if you have one)* ______
E-mail Address zuoshulu@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: Zuoshu Lu